NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with

Fed. R. App. P. 32.1

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted August 25, 2008[*]
Decided October 3, 2008

## Before

FRANK H. EASTERBROOK, *Chief Judge*

JOHN L. COFFEY, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| **No**. 07-2234 | Appeal from the United States District Court for the Western District of Wisconsin. |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | |
| **v.** | No. 05-CR-39-C-01 |
| JOHN A. RADERMACHER, *Defendant-Appellant*. | Barbara B. Crabb, *Chief Judge*. |

## Order

After a limited remand under *United States v. Taylor*, 522 F.3d 731 (7th Cir. 2008), the district judge informed us that she would have imposed a lower sentence had she known about the extent of her discretion under *Kimbrough v. United States*, 128 S. Ct. 558 (2007).

Given this conclusion, the prejudice component of plain-error review has been established. The sentence is vacated, and the case is remanded for resentencing in light of *Kimbrough*.

---

[*]After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R. App. P. 34(a); Cir. R. 34(f).